IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG MCMAHON and ADAM GOLDBERG, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAC POWER SYSTEMS, INC., <br><br> Defendant. | Civil Action No. 2:21-cv-05660 |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Plaintiffs Greg McMahon and Adam Goldberg ("Plaintiffs") and Generac Power Systems, Inc. ("Generac"), by and through their undersigned counsel and pursuant to Local Rule of Civil Procedure 7.4(b)(2), hereby stipulate and agree on this 21st day of February, 2022, that the time within which Generac may answer, plead or otherwise move in response to the Complaint shall be extended by thirty (30) days to and including March 23, 2022, and that Plaintiffs' deadline to respond shall be extended to and including April 22, 2022. This stipulated extension is not a waiver of, and is made without prejudice to, any of Generac's procedural or substantive defenses.

By: */s/ Joseph G. Sauder*
    Joseph G. Sauder
    Joseph B. Kenney
    Lori G. Kier
    Sauder Schelkopf LLC
    1109 Lancaster Avenue
    Phone: (888) 711-9975
    jgs@sstriallawyers.com
    jbk@sstriallawyers.com
    lgk@sstriallawyers.com
    *Counsel for Plaintiffs*

By: */s/ Michael P. Daly*
    Michael P. Daly (PA ID 86103)
    Meaghan V. Geatens (PA ID 329069)
    Faegre Drinker Biddle & Reath LLP
    One Logan Square, Suite 2000
    Philadelphia, PA 19103-6996
    Phone: (215) 988-2700
    Fax: (215) 988-2757
    Michael.Daly@faegredrinker.com
    Meaghan.Geatens@faegredrinker.com
    *Counsel for Defendant*
    *Generac Power Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of February, 2022, a true and correct copy of the foregoing Stipulation for Extension of Time to Respond to Complaint was filed and served on all counsel of record via the Court's electronic filing system.

/s/ *Meaghan V. Geatens*
Meaghan V. Geatens