# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG MCMAHON, *et al.*,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>GENERAC POWER SYSTEMS, INC.,<br><br>　　　　　Defendant. | CIVIL ACTION<br><br>NO. 21-5660 |

## ORDER

AND NOW, this 17th day of March 2022, **IT IS HEREBY ORDERED AND DECREED** that the Parties' joint request for an extension is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Generac Power Systems, Inc.'s deadline for responding to Plaintiffs' Complaint shall be extended to **Tuesday, June 21, 2022**, and Plaintiffs' deadline for opposing that response shall be **Thursday, July 21, 2022**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**