# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG MCMAHON and ADAM GOLDBERG,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAC POWER SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 2:21-cv-05660 |

**PLEASE TAKE NOTICE** that Joseph B. Kenney of Sauder Schelkopf LLC hereby enters his appearance as co-counsel for Plaintiffs in the above-captioned action and requests that all papers be served upon the undersigned.

DATED: March 28, 2022                Respectfully submitted,

By:    */s/ Joseph B. Kenney*
Joseph B. Kenney (#316557)
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0583
Email: jbk@sstriallawyers.com

*Counsel for Plaintiffs*