IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MCMAHON et al** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **GENERAC POWER SYSTEMS, INC.** | : | **NO.:  21-cv-5660** |

### O R D E R

AND NOW, this 2nd day of JUNE, 2022, in accordance with the court's procedure for random reassignment of cases, it is hereby,

ORDERED that the above captioned is reassigned from the calendar of the Honorable Gene E.K. Pratter to the calendar of the Honorable Gerald J. Pappert for further proceedings.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

*Kate Barkman*
KATE BARKMAN
Clerk of Court