IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG MCMAHON and ADAM GOLDBERG,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GENERAC POWER SYSTEMS, INC.,<br><br>　　　　Defendant. | Civil Action No. 2:21-cv-05660 |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

Plaintiffs Greg McMahon and Adam Goldberg ("Plaintiffs") and Generac Power Systems, Inc. ("Generac"), by and through their undersigned counsel and pursuant to Local Rule of Civil Procedure 7.4(b)(2), hereby stipulate and agree on this 28th day of October, 2022, that the time within which Plaintiffs may respond to Generac's motion to dismiss shall be extended to and including November 21, 2022.

By: */s/ Joseph. G. Sauder*
　　Joseph G. Sauder
　　Joseph B. Kenney
　　Sauder Schelkopf LLC
　　1109 Lancaster Avenue
　　Phone: (888) 711-9975
　　jgs@sstriallawyers.com
　　jbk@sstriallawyers.com
　　*Counsel for Plaintiffs*

By: */s/ Michael P. Daly*
　　Michael P. Daly (PA ID 86103)
　　Meaghan V. Geatens (PA ID 329069)
　　Faegre Drinker Biddle & Reath LLP
　　One Logan Square, Suite 2000
　　Philadelphia, PA 19103-6996
　　Phone: (215) 988-2700
　　Fax: (215) 988-2757
　　Michael.Daly@faegredrinker.com
　　Meaghan.Geatens@faegredrinker.com
　　*Counsel for Defendant*
　　*Generac Power Systems, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG MCMAHON and ADAM GOLDBERG,<br><br>        Plaintiffs,<br><br>   v.<br><br>GENERAC POWER SYSTEMS, INC.,<br><br>        Defendant. | Civil Action No. 2:21-cv-05660 |

**ORDER GRANTING STIPULATION FOR
EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

**AND NOW**, this _____ day of October, 2022, upon consideration of the Stipulation for Extension of Time for Plaintiffs to Respond to Generac's Motion to Dismiss, **IT IS HEREBY ORDERED** that Plaintiffs' deadline for responding to the motion shall be extended to November 21, 2022.

 

                                                                                                                          _____
                                                                                                                       Hon. Gerald J. Pappert
                                                                                                                       United States District Court Judge