IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG MCMAHON and ADAM GOLDBERG,<br><br>    Plaintiffs,<br><br>  v.<br><br>GENERAC POWER SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No. 2:21-cv-05660 |

**ORDER GRANTING STIPULATION FOR**
**EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

**AND NOW**, this __28th__ day of October, 2022, upon consideration of the Stipulation for Extension of Time for Plaintiffs to Respond to Generac's Motion to Dismiss, **IT IS HEREBY ORDERED** that Plaintiffs' deadline for responding to the motion shall be extended to November 21, 2022.

  _/s/ Gerald J. Pappert_
  Hon. Gerald J. Pappert
  United States District Court Judge