# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG MCMAHON and ADAM GOLDBERG,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAC POWER SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 2:21-cv-05660 |

## STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS

Pursuant to Local Rule of Civil Procedure 7.4(b)(2), counsel for Plaintiffs Greg McMahon and Adam Goldberg ("Plaintiffs"), and counsel for Defendant Generac Power Systems, Inc. ("Defendant") hereby stipulate as follows:

1. On September 30, 2022, Defendant filed a Motion to Dismiss (ECF No. 16) (the "Motion").

2. The parties have met and conferred regarding Defendant's Motion, and stipulate to an additional extension for Plaintiffs' opposition to the Motion, which extends Plaintiffs' deadline to either oppose Defendant's Motion, or file an amended complaint, to January 6, 2023.

3. One prior extension has been sought in connection with the briefing schedule on Defendant's Motion.

4. The parties respectfully request that the Court approve the stipulated extension of time in accordance with Local Rule of Civil Procedure 7.4(b)(2).

WHEREFORE, the parties respectfully request that the Court approve an extension of time until January 6, 2023 for Plaintiffs to either file their opposition to Defendant's Motion, or file an amended complaint.

DATED: November 17, 2022 Respectfully submitted,

By: */s/ Joseph G. Sauder*
Joseph G. Sauder
Joseph B. Kenney
Sauder Schelkopf LLC
1109 Lancaster Avenue
Berwyn, PA 19312
Phone: (888) 711-9975
jgs@sstriallawyers.com
jbk@sstriallawyers.com

*Counsel for Plaintiffs*

*/s/ Michael P. Daly*
Michael P. Daly
Meaghan V. Geatens
Faegre Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Phone: (215) 988-2700
michael.daly@faegredrinker.com
meaghan.geatens@faegredrinker.com

*Counsel for Defendant*
*Generac Power Systems, Inc.*

**SO ORDERED AND APPROVED:**

Date:  11/17/22          *Gerald J. Pappert*

**HON. GERALD J. PAPPERT**