# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG MCMAHON and ADAM GOLDBERG, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAC POWER SYSTEMS, INC., <br><br> Defendant. | Civil Action No. 2:21-cv-05660 |

## FINAL STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS

Pursuant to Local Rule of Civil Procedure 7.4(b)(2), counsel for Plaintiffs Greg McMahon and Adam Goldberg ("Plaintiffs"), and counsel for Defendant Generac Power Systems, Inc. ("Defendant") hereby stipulate as follows:

1. On September 30, 2022, Defendant filed a Motion to Dismiss (ECF No. 16) (the "Motion").

2. The parties have met and conferred regarding Defendant's Motion, and stipulate to an additional extension for Plaintiffs' opposition to the Motion, which extends Plaintiffs' deadline to either oppose Defendant's Motion, or file an amended complaint, to February 3, 2023.

3. Two prior extensions have been sought in connection with the briefing schedule on Defendant's Motion.

4. The parties respectfully request that the Court approve the stipulated extension of time in accordance with Local Rule of Civil Procedure 7.4(b)(2).

WHEREFORE, the parties respectfully request that the Court approve an extension of time until February 3, 2023 for Plaintiffs to either file their opposition to Defendant's Motion, or file an amended complaint.

DATED: December 27, 2022					Respectfully submitted,

					By:	*/s/ Joseph G. Sauder*
						Joseph G. Sauder
						Joseph B. Kenney
						Sauder Schelkopf LLC
						1109 Lancaster Avenue
						Berwyn, PA 19312
						Phone: (888) 711-9975
						jgs@sstriallawyers.com
						jbk@sstriallawyers.com

						*Counsel for Plaintiffs*

						*/s/ Michael P. Daly*
						Michael P. Daly
						Meaghan V. Geatens
						Faegre Drinker Biddle & Reath LLP
						One Logan Square, Suite 2000
						Philadelphia, PA 19103-6996
						Phone: (215) 988-2700
						michael.daly@faegredrinker.com
						meaghan.geatens@faegredrinker.com

						*Counsel for Defendant*
						*Generac Power Systems, Inc.*


**SO ORDERED AND APPROVED:**

Date:  12/28/22			*/s/ Gerald J. Pappert*
					**HON. GERALD J. PAPPERT**