IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG MCMAHON and ADAM GOLDBERG,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAC POWER SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 2:21-cv-05660 |

## MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs, by and through their counsel, Sauder Schelkopf LLC, hereby move before the Honorable Gerald J. Pappert, U.S.D.J., of the United States District Court for the Eastern District of Pennsylvania, located at 11614 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106, for the entry of an order granting preliminary approval of a proposed class action settlement, granting conditional certification of a settlement class, and directing notice to the proposed class. In support of this motion, Plaintiffs rely upon the accompanying brief, Declaration of Joseph G. Sauder and exhibits, and the enclosed proposed Order.

Dated: February 3, 2023

Respectfully submitted,

By:  */s/ Joseph G. Sauder*
Joseph G. Sauder
Joseph B. Kenney
**Sauder Schelkopf LLC**
1109 Lancaster Avenue
Berwyn, PA 19312
Phone: (888) 711-9975
jgs@sstriallawyers.com
jbk@sstriallawyers.com

*Counsel for Plaintiffs and the Proposed Settlement Class*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT* was filed via the Court's CM/ECF system, thereby electronically serving it on all counsel of record.

*/s/ Joseph G. Sauder*
Joseph G. Sauder
